# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE: CASE NO: 1−26−44304−jmm

Resham Singh Jasvinder Kaur

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: CHAPTER: 11

xxx−xx−5549 xxx−xx−0080

DEBTOR(s)

---

## NOTICE OF DEFICIENT FILING − CHAPTER 11 INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on September 14, 2026, did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition For Individuals Filing For Bankruptcy (Official Form 101) (Signed) (Original)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to E.D.N.Y. LBR 1007−3
- ☐ Statement About Your Social Security Numbers (Official Form 121)
- ☐ Filing fee for commencing a bankruptcy case pursuant to 28 U.S.C. § 1930(a) or Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
- ☐ Certificate of Credit Counseling *or* Motion Requesting Exemption or Waiver
- ☐ Statement Pursuant to E.D.N.Y. LBR 1073−2(b)
- ☐ Notice Required by 11 U.S.C. § 342(b) for Individuals Filings for Bankruptcy (Official Form 2010) − Part 7 of Voluntary Petition Not Signed
- ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form 2800)
- ☐ For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104) (Signed by Debtor)
- ☑ Affidavit Pursuant to E.D.N.Y. LBR 1007−4

**DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION**

- ☐ Disclosure of Compensation of Attorney for Debtor 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Official Form 2030)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☐ Schedule A/B (Property) (Official Form 106A/B)

**[Continued on other side of page]**

- ☐ Schedule C (The Property You Claim as Exempt) (Official Form 106C)
- ☐ Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 106D)
- ☐ Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)
- ☐ Schedule G (Executory Contracts and Unexpired Leases) (Official Form 106G)
- ☐ Schedule H (Your Codebtors) (Official Form 106H)
- ☐ Schedule I (Your Income) (Official Form 106I)
- ☐ Schedule J (Your Expenses) (Official Form 106J)
- ☐ Schedule J−2 (Expenses for Separate Household of Debtor 2) (If Applicable) (Official Form 106J−2)
- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☐ Chapter 11 Statement of Current Monthly Income. (Official Form 122B) Required if the debtor is an individual unless the case is filed under Subchapter V, Fed.R.Bankr.P. 1007(b)(c).
- ☐ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number)
- ☐ Most recent balance sheet, statement of operations, cash flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business and Subchapter V.) If you are self−employed and your debts are less than $2,490,925) **(Due Within 7 Days)**

## YOUR CASE MAY BE DISMISSED IF YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT a Certificate of Debtor Education**, if applicable, is required if the debtor is an individual and § 1141(d)(3) applies. The Certificate of Debtor Education should not be filed if an approved provider has already notified the court of the debtor's completion of the course. The Certificate of Debtor Education must be filed no later than the date of the last payment under the plan or the filing of a motion for a discharge under § 1141(d)(5)(B), 11 U.S.C. § 1141(d)(3) and Fed. R. Bankr. P. 1007(b)(7), (c). If the Certificate of Debtor Education is **not filed within the allotted time, a discharge will not be issued and the case will be closed.**

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service, and Securities and Exchange Commission (see addresses on the next page).

**[Continued on other side of page]**

**BROOKLYN CASES**

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 739
New York, New York 10004

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281

**CENTRAL ISLIP CASES**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281

Dated: September 15, 2026

For the Court, Paul Dickson, Clerk of Court